

# Fourth Court of Appeals
## San Antonio, Texas

July 27, 2017

No. 04-17-00103-CR

Brandon **POWERS,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 452nd District Court, Kimble County, Texas
Trial Court No. 2016-DCR-0621
Honorable Robert Hofmann, Judge Presiding

## O R D E R

The State's brief was originally due to be filed on July 26, 2017. The State requests a forty-five day extension of time.

The motion is GRANTED in part. The State's brief must be filed by August 28, 2017. **FURTHER EXTENSIONS OF TIME ARE DISFAVORED**.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of July, 2017.

_____
Luz Estrada
Chief Deputy Clerk